UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT EARL RICH,

        Plaintiff,

    v.

JACK MAZHAR, et al.,

        Defendants.

Case No. 25-cv-11082-VC

**ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE; DIRECTIONS TO CLERK**

Albert Earl Rich, a detainee at the Santa Rita Jail in Alameda County, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 regarding an incident at the jail. The Court previously sent waivers of service to defendants Deputies Jeffrey Bennett, Deniz Keles, Andy Chan, Andy Nguyen, Eduardo Salgado, and Jack Mazhar at the Santa Rita Jail of Alameda County. No defendant has filed a waiver of service nor in any way responded, and similar waivers sent to the jail in Rich's other case, No. 26-cv-00871-VC, have been returned as undeliverable.

The Court therefore orders the Clerk to prepare a USM-285 Form for each of the six listed defendants at the following address:

Alameda County Sheriff's Office

Internal Affairs & Civil Litigation Unit

3 Park Place, Third Floor

Dublin, CA 94568

The Clerk shall provide to the United States Marshal Service the six completed USM-285 Forms, along with copies of the operative complaint (Dkt. No. 1) with all attachments thereto, the order of service (Dkt. No. 10), this order, and the summons.

2

The Clerk shall mail a copy of this order to Alameda County Counsel and a copy to plaintiff.

All other provisions of the Order of Service (Dkt. No. 10) remain in effect.

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____
VINCE CHHABRIA
United States District Judge

2